LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 502
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199

FACSIMILE: (305) 893-9505

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2015
```

August 25, 2015

**Filed Via E-mail to**:
The Honorable Analisa Torres
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street – Courtroom 15D
New York, NY  10007-1312

> Re:  **Access 4 All, Inc., et al. v. Manhattan LW Hotel Associates, L.P.**
>      **1:15-cv-04993-(AT)(HBP)**

Dear JudgeTorres:

  An initial conference has been set for September 3, 2015 at 4:15 p.m.  The Parties have filed their Civil Case Management Plan and Scheduling Order via e-mail to Chambers at: Torres_nysdchambers@nysd.uscourts.gov.  **Both Parties Consent to Magistrate and request that the Initial Scheduling Conference be cancelled.**

  This is a suit for injunctive relief pursuant to the provisions of the Americans With Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  The Defendant is the owner of a place of public accommodation as defined under the Americans With Disabilities Act, to wit, a Hotel. The Plaintiffs seek an injunction requiring the removal of architectural barriers to the physically disabled that the Plaintiffs contend are readily achievable, or are otherwise required by Title III of the ADA.  The Defendant asserts that certain modifications to the Defendant's facilities are not readily achievable, not required, or would create an undue hardship on the Defendant, and that Plaintiffs lack standing to bring some or all of the pending claims.

  Currently there are no contemplated Motions and there is a high likelihood of settlement after the Plaintiffs have conducted a Rule 34 inspection.

Respectfully Submitted,

The Honorable Analisa Torres
August 25, 2015
Page 2


Respectfully Submitted,

_____
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com
*Attorneys for Plaintiffs*
*Access 4 All, Inc. and Nelson Stern*
and
Nelson M. Stern, Esq. (NS8646)
Nelson M. Stern Attorney at Law
Co-Counsel for Plaintiff Access 4 All, Inc.
115 East 87th Street, Suite 7C
New York, NY 10128
Telephone: (917) 774-1330
Facsimile: (212) 717-4061
scooterlawyer@aol.com
*Attorneys for Plaintiff, Access 4 All, Inc.*

_____
John W. Egan, Esq.
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
jegan@seyfarth.com
and
Minh Vu, Esq.
Seyfarth Shaw, LLP
975 F. Street, N.W.
Washington, DC 20006
Telephone: (202) 828-5337
Facsimile: (202) 641-9279
mvu@seyfarth.com
*Attorneys for Defendant*


GRANTED. The case management conference scheduled for September 3, 2015 is CANCELLED.

SO ORDERED.

Dated: August 26, 2015
       New York, New York

_____
ANALISA TORRES
United States District Judge