```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCESS 4 ALL, INC., a Florida Non Profit Corporation, and NELSON M. STERN, individually,

                    Plaintiffs,

-against-

MANHATTAN LW HOTEL ASSOCIATES, L.P., a Kansas Limited Partnership,

                    Defendant.

15 Civ. 4993 (AT)(HBP)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

    The above entitled action is referred to Magistrate Judge Henry Pitman for the following purposes:

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☒ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated: August 26, 2015
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge