# SEYFARTH SHAW

Writer's direct phone
(212) 218-5291
Writer's e-mail
jegan@seyfarth.com

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/15

August 25, 2015

*Application granted on consent.*

**SO ORDERED**

*/s/ Henry Pitman*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-31-15

**VIA ECF**

Hon. Henry Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Access 4 All, Inc. v. Manhattan LW Hotel Associates, L.P.*
Civil Action No.: 1:15-cv-04993-AT

Dear Judge Pitman:

This firm represents Defendant Manhattan LW Hotel Associates, L.P. ("Defendant") in the above-referenced matter. With Plaintiff's consent, we write to respectfully request an extension of time for Defendant to respond to the Complaint. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to this request.

The parties are engaged in substantial and meaningful settlement discussions. Defendants are requesting this extension in good faith, in order to pursue a non-litigated resolution of this matter. In their joint letter to Judge Torres, the parties represented that this case presented a "high likelihood of settlement." (Dkt. No.14.)

The present deadline for responding to the Complaint is August 31, 2015. We respectfully request that this deadline be extended by 30 days, up to and including September 30, 2015. This is the second request for an extension of time and it will not affect any scheduled dates. Judge Torres granted Defendant's first request for an extension of this deadline on August 3, 2015 (Dkt. No. 13).

We thank the Court for its time and consideration of this request. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

WASHINGTON, D.C.   SYDNEY   SHANGHAI   SAN FRANCISCO   SACRAMENTO   NEW YORK   MELBOURNE   LOS ANGELES   LONDON   HOUSTON   CHICAGO   BOSTON   ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*
John W. Egan

cc:   All counsel of record (via ECF)